E-filed: August 8, 2017

Bob L. Olson (NV Bar No. 3783)
Justin L. Carley (NV Bar No. 9994)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com
       jcarley@swlaw.com
       cgianelloni@swlaw.com
*Attorneys for Half Dental Franchise, LLC, Chayse Myers, Matt Baker, and HDM, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>BRANDON MICHAEL D'HAENENS,<br><br>Debtor. | Case No. 16-16602-btb<br><br>Chapter 7<br><br>**Adversary Proceeding No. 17-01078-btb**<br><br>**NOTICE OF ENTRY OF ORDER** |
| HALF DENTAL FRANCHISE, LLC, HDM, LLC, CHAYSE MYERS, AND MATT BAKER,<br><br>Plaintiffs,<br><br>v.<br><br>BRANDON MICHAEL D'HAENENS,<br><br>Defendant. | |

PLEASE TAKE NOTICE that an *Order Granting Motion for Default Judgment and Final Judgment* ("Order") [ECF No. 18] was entered in the above-referenced case on August 8, 2017.

/ / /

/ / /

/ / /

/ / /

/ / /



4837-1097-6588

A copy of said Order is attached as **Exhibit 1**.

DATED this 8th day of August 2017.

          SNELL & WILMER L.L.P.

          By: /s/ Charles E. Gianelloni
                Bob L. Olson (NV Bar No. 3783)
                Justin L. Carley (NV Bar No. 9994)
                Charles E. Gianelloni (NV Bar No. 12747)
                3883 Howard Hughes Parkway, Suite 1100
                Las Vegas, NV 89169
                *Attorneys for Half Dental Franchise, LLC, Chayse Myers, Matt Baker, and HDM, LLC*

- 2 -

4837-1097-6588

# EXHIBIT 1

# EXHIBIT 1

*[Signature]*
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
August 08, 2017

Bob L. Olson (NV Bar No. 3783)
Justin L. Carley (NV Bar No. 9994)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com
       jcarley@swlaw.com
       cgianelloni@swlaw.com

*Attorneys for Half Dental Franchise, LLC, Chayse Myers, Matt Baker, and HDM, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 16-16602-btb |
| | Chapter 7 |
| BRANDON MICHAEL D'HAENENS, | **Adversary Proceeding No. 17-01078-btb** |
| Debtor. | |
| HALF DENTAL FRANCHISE, LLC, HDM, LLC, CHAYSE MYERS, AND MATT BAKER, | **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |
| Plaintiffs, | **AND** |
| v. | **FINAL JUDGMENT** |
| BRANDON MICHAEL D'HAENENS, | **Hearing Date: August 1, 2017** |
| Defendant. | **Hearing Time: 11:00 a.m.** |

4847-5114-5292

Plaintiffs Half Dental Franchise, LLC, Chayse Myers, Matt Baker, and HDM, LLC filed their motion for default judgment against Defendant Brandon Michael D'Haenens on June 14, 2017 [ECF No. 14]. Brandon Michael D'Haenens failed to file an opposition or otherwise oppose the motion.

Pursuant to Rule 7055 of the Federal Rules of Bankruptcy procedure and Local Rule 7055, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs Half Dental Franchise, LLC, Chayse Myers, Matt Baker, and HDM, LLC are awarded judgment as follows:

A. Judgment is hereby entered against Defendant Brandon Michael D'Haenens and in favor of Plaintiffs Half Dental Franchise, LLC, Chayse Myers, Matt Baker, and HDM, LLC in the principal amount of $6,179,407.64.

B. This Judgment shall bear interest at the federal judgment rate of interest, as set forth in 28 U.S.C. § 1961, from the date of entry of the judgment until satisfied in full.

C. This Judgment is and shall be non-dischargeable by Defendant Brandon Michael D'Haenens pursuant to 11 U. S. C. § 523(a) of the United States Bankruptcy Code in this and any future bankruptcy proceedings filed by Defendant Brandon Michael D'Haenens.

**IT IS SO ORDERED.**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]: N/A

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/ / /

/ / /

- 2 -

4847-5114-5292

1  Respectfully Submitted By:

2  SNELL & WILMER L.L.P.

3     /s/ Charles E. Gianelloni
Bob L. Olson (NV Bar No. 3783)
4  Justin L. Carley (NV Bar No. 9994)
Charles E. Gianelloni (NV Bar No. 12747)
5  Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
6
*Attorneys for Half Dental Franchise, LLC,*
7  *Chayse Myers, Matt Baker, and HDM, LLC*

                                          ###

- 3 -

4847-5114-5292